## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOANNE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:10-cv-01259-L |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| TULSA ADJUSTMENT BUREAU, | ) | |
| INC. dba TAB SERVICES | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Oklahoma, Plaintiff's Notice of Voluntary Dismissal of Case Without Prejudice.

Respectfully submitted this 14th day of December, 2010

By: s/Alex D. Weisberg
Alex D. Weisberg
WEISBERG & MEYERS, LLC
5722 South Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963facsimile
AWeisberg@AttorneysForConsumers.com
Attorney for Plaintiff

Notice Filed electronically on this 14th day of December, 2010, with:

United States District Court CM/ECF system

s/Tremain Davis
Tremain Davis